No. 95–7904. WELLS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–7906. GRAHAM v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–7907. HEREFORD v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 95–7909. GUIDRY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–7914. STONIER ET UX. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–7923. WOODFORK, AKA WOODFOLK v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 95–7924. TAYLOR v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–7929. LACY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–7930. LAI ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–7931. MOORE v. CARLTON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 95–7932. MCKINNEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–7934. WALLACE v. SMITH, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–7939. SANCHEZ v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 95–7957. WILSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–7959. TAYLOR v. UNITED STATES. C. A. 9th Cir. Certiorari denied.